UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

June 6, 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: Cr 88-067ML **CCA# 04-2279**
USA v. Arthur Albanese

Dear Clerk of Court:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL and a certified copy of the docket in the above matter.

✓ Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY: ______________
John Duhamel
DEPUTY CLERK

encl: Certified Docket
**Doc# 12 (original transcript: 8/25/04 hearing re: bail/detention, held before USMJ Robert W. Lovegreen)**