MANDATE

88-00067
USDC/RI
Lisi, J

# United States Court of Appeals
## For the First Circuit

No. 04-2279

UNITED STATES,
Appellee,

v.

ARTHUR J. ALBANESE,
Defendant, Appellant.

Before

Torruella, Lynch and Lipez,
Circuit Judges.

**JUDGMENT**

Entered: October 16, 2006

Having reviewed the record, Anders brief, and pro se filing, we concluded that there is no non-frivolous basis for appeal. Consequently, we affirm the judgment and grant counsel's motion to withdraw.

Affirmed.

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 11/7/06

[cc: Arthur J. Albanese, Kenneth P. Madden, AUSA, Donald Lockhart, AUSA, Edward C. Roy, Jr., AFPD]